**IN THE COURT OF APPEALS OF TENNESSEE**
**AT NASHVILLE**

**FILED**

September 2, 1998

**Cecil W. Crowson**
**Appellate Court Clerk**

WILLIAMSON COUNTY BROADCASTING )
COMPANY, INC., and WILLIAM B. ORMES, )
  )
   Plaintiffs/Appellants, )
  )
VS. )
  )
INTERMEDIA PARTNERS, a California )
limited partnership; INTERMEDIA CAPITAL )
MANAGEMENT; a general partner of )
InterMedia Partners; LEO J. HINDERY, JR., )
Managing General Partner and Chief )
Executive Officer of InterMedia Capital )
Management; ROBIN CABLE SYSTEMS; )
ROBIN MEDIA GROUP, INC.; FIRST )
CABLEVISION, INC.; ROBIN CABLE )
SYSTEMS LIMITED PARTNERSHIP; )
TENNESSEE VALLEY CABLEVISION, )
  )
   Defendants/Appellees. )

Appeal No.
01-A-01-9709-CH-00480

Davidson Chancery
No. 92-2930-II

## ORDER ON PETITION TO REHEAR

      The appellants and appellees have both filed a Petition to Rehear, which we have considered and found to be without merit. It is, therefore, ordered that the petitions be denied.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM B. CAIN, JUDGE